## Commonwealth *v.* Mackalonis, Appellant.

Argued March 10, 1975. *John H. Broujos,* with him *Taylor P. Andrews,* for appellant; *Richard H. Horn,* Assistant District Attorney, with him *Morrison B. Williams,* Deputy District Attorney, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Manson, Appellant.

Argued March 24, 1975. *Elaine De-Masse,* Assistant Defender, with her *John W. Packel,* Assistant Defender, and *Benjamin Lerner,* Defender, for appellant; *William G. Chadwick, Jr.,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Miller, Appellant.

Argued March 10, 1975. *John C. Uhler,* with him *Elmer M. Morris,* for appellant; *Morrison B. Williams,* Deputy Dis-

trict Attorney, with him *Allan M. Cashman,* Assistant District Attorney, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Miller, Appellant.

Argued March 10, 1975. *John W. Thompson, Jr.,* with him *Shoemaker & Thompson,* for appellant; *Morrison B. Williams,* Deputy District Attorney, with him *Richard H. Horn,* Assistant District Attorney, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Millrood, Appellant.

Argued March 20, 1975. *Donald J. Goldberg,* with him *Michael J. Perezous, Oscar Spivack,* and *Xakellis, Perezous & Mangiovi,* and *Spivack, Dranoff & Shaw,* for appellant; *J. Kenneff,* with him *Charles A. Achey, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Myers, Appellant.